IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 05-7   JJF |
| Plaintiff, | ) | Criminal No. ~~00-CR-698-01~~ |
| | ) | |
| v. | ) | |
| | ) | |
| LONDON KOLLORE, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR TERMINATION OF PROBATION**

**COMES NOW**, defendant London Kollore, hereinafter ("Petitioner"), by and through his attorney, Jerome M. Capone, pursuant to Title 18 United States Code Section 3564 et seq. and Fed. R. Crim P.32.1(b), who respectfully moves this Honorable Court for early termination of probation and in support of said Petition avers the following:

1. On 2000, the petitioner was charged in the above captioned case with Possession with Intent to Distribute a Schedule II controlled substance and Possession with Intent to Distribute cocaine Case No. 00CR-0698-01, in the Southern District of New York.

2. On August 21, 2000, Petitioner and his trial counsel, Andrew C. Quinn, Esquire, appeared before the Honorable Mark D. Fox and entered a Guilty plea to Count #2 contained in the criminal indictment.

3. Sentencing was scheduled for November 21, 2000 before the Honorable Barrington D. Parker, Jr.

4. On November 21, 2000, Petitioner was sentenced by Judge Parker on Count Two of the Indictment to serve 70 months of Imprisonment and 4 years of supervised probation, and $100 special assessment.

5. While incarcerated, the Petitioner received the following certificates of achievement:

    a. "Dealing Positively with Staff/Inmate" (2/8/01)

    b. Substance Abuse Support Group (02/01-05/01)

    c. Stress Reduction (3/15/01)

    d. Systematic Training for Effective Parenting (4/25/01)

    e. Substance Abuse Support Group (05/01-07/01)

    f. Systematic Training for Effective Parenting (10/8/01)

    g. Anger Management (11/20/01)

    h. Drug Education Program (2/8/02)

    i. The Completion of the Personal Trainers Course (5/3/02)

j. Current World and National Events (06/02)

k. What Programming Can Do For You (6/13/02)

l. Event Management Court II (9/30/03)

m. Wellness Training for Circuit Training II (6/29/04)

6. After serving 40 months at Fort Dix, Mr. Kollore was released to the Plummer Center in Wilmington, Delaware for six months and following that, Mr. Kollore has been on supervised release ever since.

7. On or about February 2, 2005, the case was transferred and received by the United States District Court of Delaware (Wilmington) at 05-CR-7 and assigned to the Honorable Joseph J. Farnan Jr. **The case thus transferred to this Court to supervise the probation of the Petitioner.**

8. As expected, the Defendant has been a model probationer. Mr. Kollore has fully and timely paid his assessment and has fully complied with all of the standard and special conditions of supervision.

9. 18 U.S.C. Section 3564(c) permits the early termination of probation provided that the probationer serves at least a year in the case of a felony, if the Court is satisfied that such action is warranted by the conduct of the defendant and the interests of justice.

10. Mr. Kollore has been steadily employed in the construction industry since his release from prison. He is presently employed by LLC Associates, 10 Meco Circle, Wilmington, Delaware for the past 5 months. He works 40 hours per week and earns on average $900 each week. Because of his status as a probationer, he is unable to work on LLC's jobs out-of-state. He is also unable to look for more lucrative work with companies doing business in other states.

11. The Defendant is now married to Chris Brice Kollore, who works for Bank of New York. They live at 3 West Elgin Court, Newark, Delaware, 19702, a home he bought with his wife when he was released from Plummer Center.

12. The Petitioner should not be considered a risk to commit crimes in the future. In addition to complying with all terms of his probation, he is working, he is maintaining a stable married life, and he also obtained his certification as a Personal Fitness Trainer from the National Federation of Professional Trainers. And during his personal free time, he volunteers as a flag football coach for the Boys and Girls Club of Newark.

13. The terms of probation cause an ongoing hardship for the Petitioner, who resides in Delaware with his

living parent and 4 siblings live Virginia, New York, and Missouri. Due to the probationary travel restrictions, he is unable to freely travel to these places to visit with these close relatives.

14.   Petitioner avers that he qualifies for early termination under the above mentioned provisions since: (1) Petitioner has been on probation for over two years and has successfully complied with all of the conditions thus far, (2) Change in circumstances warrant early termination and (3) Interests of justice call for early termination.

15.   In summary, it is undisputed that the Petitioner qualifies for early termination of his probation:

- He successfully completed 6 months of Plummer Center and 2 years of probation.

- He has had no subsequent arrests or convictions.

- He has completed all special conditions of her probation.

- He owes no restitution, and has fully paid all fines and costs imposed by the sentencing Court.

- He is fully employed.

- His early release from probation is supported by his probation officer, Frank Kurzenabe.

WHEREFORE, petitioner respectfully requests that his probation be terminated pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. 3564(c)

Respectfully submitted,

JEROME M. CAPONE
1823 West 16th Street
Wilmington, DE 19806
(302) 654-3260
Attorney for Petitioner

Dated: September 29, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.00-CR-0698-01 |
| | ) | |
| v. | ) | |
| | ) | |
| LONDON KOLLORE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

**AND NOW,** this    day of        , 2006, it is hereby Ordered that the Petition for early termination Probation is GRANTED.

_____

JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No.00-CR-0698-01 |
| ) | |
| v. ) | |
| ) | |
| LONDON KOLLORE, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the enclosed Petition for Termination of Probation was served on this 29TH day of September, 2006, via first class mail, postage prepaid, upon the following:

Joon Kim, Esquire
U.S. Attorney's Office
300 Quarropas Street
White Plains, NY 10601

Colm F. Connolly, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. box 2046
Wilmington, DE 19899

Mr. Frank J. Kurzenabe
U.S. Probation Officer
844 King Street, Lockbox No. 39
Wilmington, DE  19801-3588

JEROME M. CAPONE
1823 West 16th Street
Wilmington, DE  19806
(302) 654-3260