IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LONDON KOLLORE, )<br>)<br>Defendant. ) | Criminal No. 00-CR-0698-01 *[handwritten: 05 CR 07 JJF]* |

ORDER

AND NOW, this *9th* day of *January*, ~~2006~~ *2007*, it is hereby Ordered that the Petition for early termination Probation is GRANTED.

_____
JUDGE

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE